Clare Lemon, San Diego, CA, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and GRABER, Circuit Judges.

MEMORANDUM **

Juan Heredia–Pantaleon appeals from the district court's judgment and challenges the 18–month sentence imposed following his guilty-plea conviction for being a removed alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Heredia–Pantaleon contends that his within-Guidelines sentence is substantively unreasonable in light of his personal characteristics, cultural ties to the United States, and criminal history. The district court did not abuse its discretion in imposing Heredia–Pantaleon's sentence. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances. *See id.*

**AFFIRMED.**

UNITED STATES of America,
Plaintiff–Appellee,

v.

Jose PRADO–FLORES, Defendant–Appellant.

No. 12–30270.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 17, 2013.*

Filed Dec. 30, 2013.

Helen J. Brunner, Esquire, Assistant U.S. Attorney, Karyn Johnson, Esquire, Assistant U.S. Attorney, Matthew Richard Pittman, Special Assistant U.S. Attorney, Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Giles W. Dalby Correctional Institution, POST, TX, Susan F. Wilk, Senior Staff, Washington Appellate Project, Seattle, WA, for Defendant–Appellant.

Jose Prado–Flores, pro se.

Before: GOODWIN, WALLACE, and GRABER, Circuit Judges.

MEMORANDUM **

Jose Prado–Flores appeals from the district court's judgment and challenges his guilty-plea conviction and 50–month sentence for conspiracy to distribute cocaine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Prado–Flores's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Prado–Flores has filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief as to Prado–Flores's conviction.

We accordingly affirm Prado–Flores's conviction. Prado–Flores waived the right to appeal his sentence. Because the record discloses no arguable issue as to the validity of the sentencing waiver, we dismiss Prado–Flores's appeal as to his sen-

tence. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

